

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL ROULHAC | CIVIL ACTION |
| v. | |
| RAYMOND M. LAWLER, et al | NO. 08-5124 |

### ORDER

**AND NOW**, this 23rd day of November, 2009, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 5), the Petitioner's "Traverse Response" to Respondents' Answer Filed (Document No. 10), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Document No. 22) and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Sitarski is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

3. There is no probable cause to issue a certificate of appealability.

TIMOTHY J. SAVAGE, J.