# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL ROULHAC** | : | **CIVIL ACTION** |
| **v.** | : | |
| **RAYMOND M. LAWLER, et al** | : | **NO. 08-5124** |

## ORDER

**AND NOW**, this 23rd day of February, 2010, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus (Document No. 5), the Petitioner's "Traverse Response" to Respondents' Answer Filed (Document No. 10), the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Document No. 22), the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Sitarski is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DISMISSED**; and,

4. There is no probable cause to issue a certificate of appealability.

                   /Timothy J. Savage
                  TIMOTHY J. SAVAGE, J.